In the Matter of GEORGE J. B. WEISS, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Submitted February 21, 1955; decided February 28, 1955.

*Jacob K. Javits, Attorney-General (Henry S. Manley* of counsel), for motion.

*Archibald Palmer* opposed.

Motion to dismiss appeal granted and appeal dismissed upon the ground that no substantial constitutional question is presented.